UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | | |
|---|---|---|
| CLARA M. VANDOVER, | ) | ED CV 09-740-SH |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br>Administration, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: <u>March 8, 2010</u>

_____
STEPHEN J. HILLMAN
UNITED STATES DISTRICT  JUDGE